# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERREBONNE PARISH
CONSOLIDATED GOVERNMENT

NO. 2021 CW 0871

VERSUS

TRAPP CADILLAC CHEVROLET,
INC.

OCT 1 2 2021

---

In Re: Terrebonne Parish Consolidated Government, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 166842.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY/CLERK OF COURT
FOR THE COURT